No. 99–352.   JONES *v.* HENDERSON, POSTMASTER GENERAL. C. A. 5th Cir.   Certiorari denied.   ▮▮▮▮▮▮▮▮▮▮

No. 99–357.   WATERMAN STEAMSHIP CO. *v.* WEEKS MARINE, INC.   C. A. 2d Cir.   Certiorari denied.   ▮▮▮▮▮▮▮▮▮▮

No. 99–364.   RICE ET AL. *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.   ▮▮▮▮▮▮▮▮▮▮

No. 99–382.   HAY *v.* LAZAROFF, WARDEN, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 99–383.   HUTCHERSON *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir.   Certiorari denied.

No. 99–385.   KING *v.* WASHINGTON ADVENTIST HOSPITAL ET AL.   C. A. Fed. Cir.   Certiorari denied.   ▮▮▮▮▮▮▮▮▮▮

No. 99–397.   McFARLAND *v.* ARKANSAS.   Sup. Ct. Ark.   Certiorari denied.   ▮▮▮▮▮▮▮▮▮▮

No. 99–400.   STEELE *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.   ▮▮▮▮▮▮▮▮▮▮

No. 99–406.   FINNEGAN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.   ▮▮▮▮▮▮▮▮▮▮

No. 99–407.   JONES *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   ▮▮▮▮▮▮▮▮▮▮

No. 99–408.   CREA *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   ▮▮▮▮▮▮▮▮▮▮

No. 99–413.   LUKACS *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.   C. A. 4th Cir.   Certiorari denied.   ▮▮▮▮▮▮▮▮▮▮

No. 99–421.   FERMIN, AND ON BEHALF OF THE ESTATE OF FERMIN *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   ▮▮▮▮▮▮▮▮▮▮